**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALEXANDER ALVAREZ-INFANZON**,<br><br>*Petitioner*,<br><br>v.<br><br>**JAMAL L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.**,<br><br>*Respondents.* | **Case No. 2:26-cv-04493-JDW** |

**ORDER**

**AND NOW**, this 6th day of July, 2026, upon consideration of Petitioner Alexander Alvarez-Infanzon's Petition For Writ Of Habeas Corpus (ECF No. 1) and Respondents' Opposition To Petition For Writ Of Habeas Corpus (ECF No. 4), and for substantially the same reasons stated in *Kashranov v. J.L. Jamison*, No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison*, No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026), it is **ORDERED** as follows:

1.      Mr. Alvarez-Infanzon's Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**[1];

---

[1]      According to U.S. Immigration And Customs Enforcement's Online Detainee Locator System, Respondents moved Mr. Alvarez-Infanzon from the Federal Detention Center in this District and are now detaining him in the Pike County Correctional Facility in the Middle District of Pennsylvania. That transfer did not divest this Court of jurisdiction over his petition because Mr. Alvarez-Infanzon was in this District when he filed it. *See Khalil v. President, United States*, 164 F.4th 259, 271 (3d Cir. 2026).

2.      Mr. Alvarez-Infanzon is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

3.      Respondents shall **RELEASE** Mr. Alvarez-Infanzon from custody immediately and **CERTIFY** compliance with my Order by filing on the docket no later than 12:00 p.m. ET on July 7, 2026;

4.      Respondents are temporarily enjoined from re-detaining Mr. Alvarez-Infanzon for seven days following his release from custody; and

5.      If the Government chooses to pursue re-detention of Mr. Alvarez-Infanzon after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

JOSHUA D. WOLSON, J.

2